975 A.2d 1078

**COMMONWEALTH ex. rel. Nazario BURGOS, Relator, Petitioner**

v.

**The Hon. President Judge Stephen J. McEWEN, The Hon. Judge William F. Cercone, The Hon. Judge John P. Hester, Superintendent David Diguglielmo, Respondents.**

**No. 55 EM 2009.**

Supreme Court of Pennsylvania.

July 1, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 1st day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus Ad Subjiciendum is **DENIED.** The Prothonotary is directed to strike the names of the jurists from the caption.

Justice GREENSPAN did not participate in the consideration or decision of this matter.

975 A.2d 1078

**Louis MOORE, Petitioner Pro Se, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA, Respondent.**

**No. 58 EM 2009.**

Supreme Court of Pennsylvania.

July 1, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 1st day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**